IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CR. 03-10106-03-T/An

SHAWN GILLIAM

## ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 28th day of June, 2004, did cause a five thousand dollar ($5,000) appearance bond to be posted on his behalf by posting 10% or $500 in cash. Said $500 was receipted in the name of Kay Smith, receipt #J27391, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of five hundred dollars ($500), payable to Kay Smith, Rt. 1, Box 66, Linden, TN, 37096, in full refund of the cash appearance bond posted herein.

Approved:

Robert R. Di Trolio, Clerk of Court

By: _____
Deputy Clerk

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 7 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 202 in case 1:03-CR-10106 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Honorable James Todd
US DISTRICT COURT